

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL WAYNE EGGERS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES, et al.,<br><br>　　　　　Defendant(s). | No. CV 08-986-JSL (AGR)<br><br>**JUDGMENT** |

　　　Pursuant to the order adopting the magistrate judge's report and recommendation,

　　　IT IS ADJUDGED that the action in this matter is dismissed with prejudice.

DATED: July 15, 2004

　　　　　　　　　　　　　　　Spencer Letts
　　　　　　　　　　　　　　　J. SPENCER LETTS
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE